427 A.2d 253

Com. ex rel., Crawford v. Holt, Appellant.

Argued March 17, 1980.    Seymore H. Johnson, Jr., for appellant;  Eric B. Henson, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before HESTER, WICKERSHAM, and LIPEZ, JJ.

It appearing that a determination of paternity has been made pursuant to the Civil Procedural Support Law (62 P.S. § 2043.31, now 42 Pa.C.S. § 6701), but that no support order has yet been entered, this appeal is quashed and the case remanded to the court below for further proceedings.  *See Williams v. Williams*, 253 Pa.Super. 444, 385 A.2d 422 (1978).